IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ALFONSO SENTENO,
Plaintiff,

v.  Civil No. 1:23cv1271 (DJN)

MAY JUNG, *et al.*,
Defendants.

## FINAL ORDER
### (Adopting Report and Recommendation)

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on January 26, 2024, (ECF No. 27), which recommended that Plaintiff's Motion for Default Judgment as to Defendant May Jung (ECF No. 19) be granted and that a default judgment be entered in favor of the Plaintiff and against Defendant Jung in the total amount of $56,437.38 ($51,632.88 in unpaid overtime compensation and liquidated damages plus $4,804.50 in attorney's fees and costs). The time to file objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 27) is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiff's Motion for Default Judgment as to Defendant May Jung (ECF No. 19) is hereby GRANTED;

3. This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: February 21, 2024