IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ALFONSO SENTENO,
　　　Plaintiff,

v.                                                                Civil No. 1:23cv1271 (DJN)

MAY JUNG, *et al.*,
　　　Defendants.

## ORDER
### (Entering Final Judgment)

Pursuant to the Order of this Court entered February 21, 2024 (ECF No. 30) and in accordance with Federal Rule of Civil Procedure 58, the Court hereby enters JUDGMENT in favor of Plaintiff Alfonso Senteno and against Defendant May Jung on the Complaint in the total amount of $56,437.38 with post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: February 28, 2024